UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

AT KNOXVILLE

FILED

2014 OCT -8 A 9 4

| | | |
|---|---|---|
| STACY LANGFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| | ) | No. 3:13-CV-00659-HBG |
| v. | ) | |
| | ) | |
| NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW *PRO HAC VICE* ADMISSION OF EDWARD SCOTT SMITH

Defendant, Norfolk Southern Railway Company, respectfully moves the Court to

withdraw the Motion *Pro Hac Vice* Admission of **Edward Scott Smith** (Doc No. 32)

filed October 3, 2014.

BAKER, O'KANE, ATKINS & THOMPSON

John W. Baker, Jr., Esq., BPR#001261
2607 Kingston Pike, Suite 200
P. O. Box 1708
Knoxville, TN 37901-1708
Tel: 865-637-5600
Fax: 865-637-5608

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document has been served on all counsel of record by U.S. Mail, postage prepaid, this_7__ day of _____Oct____, 2014.

John W. Baker, Jr., Esq.

2