# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| STACY LANGFORD, | § | |
| | § | |
| Plaintiff, | § | No.: 3:13-CV-659 |
| | § | *Jury Trial Demanded* |
| vs. | § | |
| | § | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | § § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), comes the Plaintiff, and by agreement with counsel for the Defendant, stipulates a dismissal of his action against the Defendant.

It is further understood and agreed by all parties that this Stipulation of Dismissal, dismisses this case against the Defendant, with prejudice, with each party to bear their own discretionary costs.

**ENTER** this _____ day of _____, 2014.

_____
**United States District Court Judge**

**APPROVED FOR ENTRY:**

STEEL & MOSS, LLP
S/ John A. Moss, Esq.
  *Attorney for Plaintiff*
  3575 Piedmont Road, N.E.
  15 Piedmont Center, Suite 1560
  Atlanta, Georgia 30305
  (404) 264-1292

BAKER, O'KANE, ATKINS & THOMPSON

S/ John W. Baker, Jr., Esq., BPR #001261
   Attorney for Defendant
   2607 Kingston Pike, Suite 200
   P.O. Box 1708
   Knoxville, Tennessee 37901-1708
   (865) 637-5600